November 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DEBORAH LEWIS, Appellant

NO. 14-14-00685-CV                          V.

BRANT ROCK APARTMENTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 11, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Deborah Lewis.

We further order this decision certified below for observance.